**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADRIAN RIVERA and ADRIAN RIVERA MAYNEZ ENTERPRISES,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL DISTRIBUTORS, INC.,<br><br>Defendant. | No.  1:21-cv-2342<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,511,225 AND VIOLATION OF NEW YORK GENERAL BUSINESS LAW §§ 349 AND 350** |

Plaintiffs Adrian Rivera and Adrian Rivera Maynez Enterprises (collectively "ARM"), by and through their attorneys, for their Complaint against Defendant Digital Distributors, Inc. ("Defendant"), hereby allege as follows:

## NATURE OF THE ACTION

1.  This is an action arising under the patent laws of the United States, 35 U.S.C. § 271, *et seq.* and for deceptive business practices and false advertising arising under the laws of the state of New York.

2.  Defendant has violated the Patent Act by, at minimum, using, selling, and/or offering to sell within the United States products that infringe one or more claims of United States Patent No. 8,511,225 ("the '225 patent").  Such products include the CJC-4021W Courant Automatic Citrus Juicer ("Courant Juicer").

3.  Defendant has also engaged in deceptive business practices and has made materially false and misleading advertising claims in violation of New York General Business Law §§ 349 and 350, including by distributing a product that

186923.4

falsely includes third-party safety verification seals on the face of the infringing Courant Juicer and/or on associated packaging and promotional materials.

4.   ARM now seeks monetary damages resulting from Defendant's actions. ARM also seeks preliminary and permanent injunctive relief to prevent Defendant from continuing to infringe the '225 patent and violate New York state law.

## THE PARTIES

5.   Plaintiff Adrian Rivera is a California resident.  Mr. Rivera is owner, founder, and president of Adrian Rivera Maynez Enterprises.

6.   Plaintiff Adrian Rivera Maynez Enterprises is a corporation located at 16141 Heron Avenue, La Mirada, California 90638.

7.   On information and belief, Defendant Digital Distributors, Inc. is a company organized under the laws of the State of New York and is located at 149 47th Street, Brooklyn, New York 11232.

8.   On information and belief, Defendant distributes the Courant Juicer on behalf of Luzerne Trading Company, the manufacturer of the Courant Juicer.

## JURISDICTION AND VENUE

9.   This Court has subject matter jurisdiction of this case pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1338(b), which provide for federal question jurisdiction for patent infringement actions.  This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. §§ 1338(b) and/or 1367(a).

10.   Defendant is subject to personal jurisdiction in this Court because Defendant maintains its principal place of business in this district and has

2

186923.4

purposefully availed itself of the privilege of transacting extensive business in the State of New York.

11.   Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b).  Defendant maintains a regular and established place of business within this District, and, as set forth below, has committed acts of infringement in this District.

## FACTUAL BACKGROUND

12.   ARM is a well-known player in the single-serve coffee brewing and accessories market.  It prides itself on developing high-quality products that are both convenient and safe.  ARM has enjoyed commercial success with many of its products and is a recognized name in the coffee product industry.

13.  In recent years, ARM has sought to expand its product lines to include other beverage markets such as juice.  In July of 2019, after investing years of research and significant expense to develop a high-caliber product worthy of the ARM brand, ARM launched the first of its citrus juicers, the Vinci™ Hands-Free Citrus Juicer.

14.   The Vinci™ Hands-Free Citrus Juicer is quick and easy to use.  Users need only slice the citrus fruit in half, place the fruit on the reamer, close the lid, and press a single button to produce fresh-squeezed juice in a matter of seconds. Unlike other juicers, Vinci™ users do not need to hold the fruit in place, manually squeeze the juice, or engage with multiple automated settings or buttons.  The Vinci™ is capable of juicing citrus fruits of many sizes, ranging from small limes to grapefruits having a four-and-a-half-inch diameter.

3

15.  The Vinci™ automatically senses the thickness of the fruit and avoids juicing into the rind (which can cause bitterness in the juice).  Users can enjoy fresh juice with or without pulp, depending on whether they opt to use the removable strainer.  The Vinci™ is also easy to disassemble and clean.

16.  As part of its efforts to ensure the utmost quality and safety of its products, ARM undertook to obtain certification from a globally recognized third-party certification body, Intertek.  Intertek offers an "ETL" safety certification for electronic products, which indicates the product meets North American safety standards.  According to Intertek's website, the certification is recognized by international officials, retail buyers, and even consumers, who have begun to recognize the ETL symbol as synonymous with safety.  Indeed, many retailers require products to comply with ETL standards and have certification prior to agreeing to resell them to consumers.

17.  Intertek requires companies to undergo an extensive vetting process before it will certify any product and include it in the Intertek database.  This process involves, at minimum, an initial application, testing of the product (including testing of any components supplied by third party manufacturers), factory inspection, and production line testing, among many other steps.[1]  This extensive vetting process can pose a barrier for companies that seek entry into the market.

---

[1]  *See* https://www.intertek.com/uploadedfiles/intertek/divisions/commercial_and_electrical/media/pdf/certifications_and_marks/etl_end_to_end_process.pdf (last accessed 3/23/2021).

4

18.  Intertek actively maintains the certification, including by making unannounced visits for site inspection.  Following certification, Intertek permits the company to place a seal on the product to indicate it has been certified by Intertek and complies with North American safety standards.

19.  ARM underwent this process and is now authorized to include the ETL mark for its Vinci™ juicer.  ARM includes the ETL mark on the Vinci's™ packaging and promotional materials, including on the underside of its box.

20.  Unsurprisingly, ARM's product has been successful in the market and has received rave reviews.  The Vinci™ is available for purchase at major retailers such as Target, Walmart, and Amazon, as well as on www.vincihousewares.com.

21.  Mr. Rivera and ARM invested time and expense in developing intellectual property relating to the Vinci™, including the '225 patent.

22.  After ARM launched the Vinci™, Defendant began distributing a starkly similar knock-off product.  As shown in the image below, the infringing Courant Juicer (left) distributed by Defendant looks nearly identical to the Vinci™ (right).

 

186923.4

23.  The Courant Juicer similarly indicates on the box it is easy to use, convenient, "hands-free," and capable of juicing small and large citruses.

24.  On information and belief, Defendant distributes the infringing Courant Juicer to various major retailers, including at least Amazon.com.

25.  Defendant has not only infringed Mr. Rivera's intellectual property without authorization but has also positioned the Courant Juicer product to compete with ARM's product.

26.  For example, the Courant Juicer Defendant distributes includes an ETL mark on its face and on associated packaging and/or marketing materials (such as its specification sheet, available online).  Upon information and belief, unlike ARM, however, the Courant Juicer does not actually have a valid certification from Intertek.  Defendant nevertheless continues to distribute a product that includes the mark without authorization from Intertek to falsely indicate the product has been certified by Intertek and complies with North American safety standards, as shown below.



27.  Similarly, Underwriters Laboratories, Inc. is another globally recognized third-party certifier of electronic goods.  This third party offers the "UL" certification to indicate compliance with its safety standards, which are intended to protect against electrical fires and/or electrocution.  UL standards have been adopted by state and federal agencies for a variety of products.

28.  The Courant Juicer also includes a UL mark on its packaging and/or associated promotional materials, as shown below.



29.  On information and belief, Underwriters Laboratories, Inc. has not certified the Courant Juicer through its certification process.

30.  Defendant offers the Courant Juicer at a lower price point than ARM's Vinci™ juicer and has distributed the Courant Juicer to some of the same vendors selling the Vinci™, such as Amazon.com.  Given the stark similarities in design, appearance, and marketing, Defendant's false representations that the product is ETL and UL certified further misleads consumers into believing they will receive a product of comparable safety at a lower price point.

7

31.   Retailers and consumers rely on these well-known marks as an accurate indicator of safety and are harmed by Defendant's distribution of products that are deceptively labeled and/or advertised.

32.   ARM has been damaged by Defendant's actions, including by experiencing diverted or diminished sales following Defendant's distribution of the knock-off Courant Juicer.

## COUNT I

### Infringement of the '225 patent Under 35 U.S.C. § 271

33.   ARM incorporates the foregoing paragraphs 1-32 by reference as though set forth fully herein.

34.   The United States Patent and Trademark Office issued the '225 patent, entitled Automated Juice Extractor, on August 20, 2013 to Adrian Rivera. A true and correct copy of the '225 patent is attached hereto as Exhibit A.

35.   Adrian Rivera has owned and continues to own the '225 patent at all times.

36.   Defendant has used, sold, or offered to sell within the United States the Courant Juicer.  Defendant has thereby directly infringed at least claims 1, 3, 4, 6, and 9 of the '225 patent under 35 U.S.C. § 271.  An exemplary comparison of the Courant Juicer with independent claim 1 of the '225 patent is attached hereto as Exhibit B.

37.   On April 13, 2021, counsel for ARM sent a letter (by email and FedEx) requesting Defendant cease and desist from further infringement of the '225 patent.

8

ARM received confirmation the letter was successfully delivered.  In the letter, ARM indicated it would be filing suit if Defendant failed to respond by April 23, 2021 with an agreement to cease and desist its infringement.  Further, as an enclosure to the cease-and-desist letter, ARM included a copy of Exhibit B demonstrating infringement of at least independent claim 1 of the '225 patent by the Courant Juicer.  Defendant did not respond.  Accordingly, at least as of April 13, 2021, Defendant became aware of the '225 patent and that the sale/distribution of the Courant Juicer constitutes infringement.  Defendant's ongoing infringement and refusal to cease further sale and distribution constitutes willful infringement.

38.   ARM has suffered and will continue to suffer irreparable harm through Defendant's infringement of the '225 patent should Defendant be permitted to continue to do so.  ARM therefore seeks a preliminary and permanent injunction to stop Defendant's infringing behavior.

39.   ARM is also entitled to recover monetary damages from Defendant as a result of its infringement of the '225 patent, including lost profits and/or reasonable royalties.

## COUNT II

### Violation of New York General Business Law § 349

40.   ARM incorporates the foregoing paragraphs 1-39 by reference as though set forth fully herein.

41.   Defendant, in connection with distributing the Courant Juicer within New York and in interstate commerce, has engaged in deceptive acts or practices,

including by selling, distributing, and/or advertising a product that falsely indicates it complies with globally recognized safety standards and has received third-party certification.

42.    Defendant's act of distributing a falsely labeled product is consumer oriented.  Consumers rely on representations made on the product and associated packaging/promotional materials, particularly if they relate to the product's safety. The false and misleading statements on the Courant Juicer deceived or tended to deceive a substantial segment of consumers and/or retail purchasers who saw the ETL and UL marks on the product and associated materials and are aware of its significance with respect to safety.  The presence of these marks is material to consumers' and/or retailers' decisions to purchase the Courant Juicer instead of competing products, such as the Vinci™.

43. ARM has been harmed as a result of Defendant's actions, including by suffering a diversion of sales of its ETL-compliant products.

44.    Unless Defendant's activities cease, ARM will continue to be damaged by Defendant's distribution and sale of the Courant Juicer and consumers' reliance on the false statements thereon.

45.    ARM is entitled to a preliminary and permanent injunction to prevent Defendant from continuing to harm ARM and consumers, along with treble damages for a willful violation, and/or attorneys' fees as permitted by New York General Business Law § 349.

//

## COUNT III

### Violation of New York General Business Law § 350

46.   ARM incorporates the foregoing paragraphs 1-45 by reference as though set forth fully herein.

47.   Defendant, in connection with selling the Courant Juicer within New York and in interstate commerce, has engaged in advertising the Courant Juicer to retailers and consumers.  Such advertisements, including representations made on the specification sheet and on packaging associated with the product, falsely and misleadingly indicate the Courant Juicer complies with third-party safety certifications.

48.   Consumers and retailers rely on such representations in making their purchasing decisions.  Defendant's act of distributing a falsely advertised product is therefore consumer oriented.

49.   ARM has been harmed as a result of Defendant's actions, including by suffering a diversion of sales of its ETL-compliant products.

50.   Unless Defendant's activities cease, ARM will continue to be damaged by Defendant's distribution and sale of the Courant Juicer and consumers' reliance on the false statements thereon.

51.   ARM is entitled to a preliminary and permanent injunction to prevent Defendant from continuing to harm ARM and consumers, along with all damages permitted under New York General Business Law § 350.

## PRAYER FOR RELIEF

**WHEREFORE**, ARM respectfully requests the following relief:

A.      Judgment that the '225 patent has been and continues to be willfully infringed by Defendant;

B.      Judgment that Defendant has engaged in deceptive acts or practices in violation of New York General Business Law § 349;

C.      Judgment that Defendant has made one or more false and misleading advertising statements in violation of New York General Business Law § 350;

D.      All damages sustained as a result of Defendant's infringement of the '225 patent, including a reasonable royalty, lost profits, price erosion, and/or any and all other forms of damages to which ARM is entitled, as well as treble damages for Defendant's willful infringement;

E.      Damages sustained as a result of Defendant's violation of the New York General Business Law §§ 349 and 350, including actual damages, enhanced damages, and attorney's fees;

F.      Pre-judgment interest and post-judgment interest at the maximum rate allowed by law;

G.      Preliminary and permanent injunction enjoining Defendant, its officers, agents, servants, employees, sub-distributors, resellers, service partners, suppliers, and all other persons acting in concert or participation with it from further infringement of the '225 patent;

H.      Preliminary and permanent injunction enjoining Defendant, its officers, agents, servants, employees, distributors, resellers, service partners,

12

186923.4

suppliers, and all other persons acting in concert or participation with it from further selling or distributing a product that falsely contains the ETL and UL marks without certification;

I.     A finding that this case is exceptional and granting an award of attorneys' fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by law;

J.     All costs of suit; and

K.     Such other and further relief as the Court may deem just and proper.


Dated:  April 28, 2021                    DTO LAW


                                          By: */s/ William A. Delgado*
                                              William A. Delgado
                                              Shilpa Coorg
                                              *(pending pro hac vice)*
                                              DTO LAW
                                              140 Broadway Center, 46th Fl.
                                              New York, NY 10005
                                              Telephone: (213) 335-6999
                                              wdelgado@dtolaw.com
                                              scoorg@dtolaw.com

                                          Attorneys for Plaintiffs
                                          ADRIAN RIVERA and ADRIAN
                                          RIVERA MAYNEZ ENTERPRISES

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

Dated:  April 28, 2021                    DTO LAW


                              By: */s/ William A. Delgado*
                                  William A. Delgado
                                  Attorneys for Plaintiffs
                                  ADRIAN RIVERA and ADRIAN RIVERA
                                  MAYNEZ ENTERPRISES

14

# EXHIBIT A

US008511225B2

(12) **United States Patent**

Rivera

(10) Patent No.: **US 8,511,225 B2**
(45) Date of Patent: *\*Aug. 20, 2013**

(54) **AUTOMATED JUICE EXTRACTOR**

(76) Inventor: **Adrian Rivera**, Whittier, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 708 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/550,232**

(22) Filed: **Aug. 28, 2009**

(65) **Prior Publication Data**

US 2010/0058941 A1    Mar. 11, 2010

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/406,314, filed on Mar. 18, 2009, now Pat. No. 8,166,873, which is a continuation-in-part of application No. 12/206,964, filed on Sep. 9, 2008, now Pat. No. 8,161,872.

(51) **Int. Cl.**
    *B30B 9/02*                 (2006.01)
(52) **U.S. Cl.**
    USPC .................. **99/501**; 99/495; 99/502; 99/503; 100/130; 100/131
(58) **Field of Classification Search**
    None
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,629,317 A | * | 2/1953 | Nelson | 100/208 |
| 5,193,447 A | | 3/1993 | Lucas et al. | |
| 5,632,441 A | * | 5/1997 | Toval | 232/17 |
| 6,070,519 A | * | 6/2000 | Sham et al. | 99/348 |
| 7,562,594 B2 | * | 7/2009 | Nagai et al. | 74/89.23 |
| 2005/0126404 A1 | | 6/2005 | Basora | |
| 2006/0169152 A1 | * | 8/2006 | Lin et al. | 99/495 |
| 2006/0213375 A1 | * | 9/2006 | Moline | 99/495 |
| 2007/0125244 A1 | | 6/2007 | Hensel | |

FOREIGN PATENT DOCUMENTS

WO    WO2006048850    *  5/2006

* cited by examiner

*Primary Examiner* — Gene Kim
*Assistant Examiner* — John E Simms, Jr.
(74) *Attorney, Agent, or Firm* — Kenneth L. Green

(57) **ABSTRACT**

An automatic juicer turns and pushes an upward facing juicing cone into a fruit for releasing and collecting juice. The juicer includes a base containing a motor, gear and shaft assembly which rises as a unit with the juicing cone. A fixed guide extends upward from the base and inner and outer shafts reside inside the fixed guide and are driven by the motor and gear assembly to rotate and advance the juicing cone into the fruit. The juicing cone, strainer and a bowl release and catch the juice. The outer shaft includes threads to vertically advance and retreat the outer and inner shafts when the outer shaft turns. The inner shaft rises with the outer shaft and lifts and rotates the juicing cone, thereby releasing juice from the fruit. The bowl is fixed to the base.

15 Claims, 14 Drawing Sheets



Case 1:21-cv-02342-MKB-CLP   Document 1   Filed 04/28/21   Page 17 of 42 PageID #: 17



*FIG. 2*

*FIG. 1*





*FIG. 5A*

*FIG. 5B*

*FIG. 5C*

*FIG. 5D*

*FIG. 5E*

*FIG. 6*



*FIG. 7*

*FIG. 8*



*FIG.9C*

*FIG. 9D*

*FIG.9A*

*FIG. 9B*

*FIG. 9E*

Case 1:21-cv-02342-MKB-CLP   Document 1   Filed 04/28/21   Page 22 of 42 PageID #: 22



*FIG. 10C*

*FIG. 10A*

*FIG. 10B*

*FIG. 11B*

*FIG. 11A*



*FIG. 12C*

*FIG. 14*

*FIG. 12A*

*FIG. 13C*

*FIG. 13A*

*FIG. 12B*

*FIG. 13B*



*FIG. 16*

*FIG. 15*          *FIG. 17A*          *FIG. 17B*





*FIG. 19B*

*FIG. 19A*



FIG. 20

FIG. 21



FIG. 22B



FIG. 22A

Case 1:21-cv-02342-MKB-CLP   Document 1   Filed 04/28/21   Page 29 of 42 PageID #: 29



*FIG. 25*

*FIG. 26*

*FIG. 23*

*FIG. 24*

Case 1:21-cv-02342-MKB-CLP   Document 1   Filed 04/28/21   Page 30 of 42 PageID #: 30



*FIG. 28*



*FIG. 27*

US 8,511,225 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## AUTOMATED JUICE EXTRACTOR

The present application is a Continuation In Part of U.S. patent application Ser. No. 12/206,964 filed Sep. 9, 2008 and U.S. patent application Ser. No. 12/406,314 filed Mar. 18, 2009, which applications are incorporated in their entirety herein by reference.

### BACKGROUND OF THE INVENTION

The present invention relates to juice extractors and in particular the electric juice extractors.

Juice extractors are commonly used to extract juice from, for example, oranges. Known manual juice extracts comprise a bowl with a raised conical ridged center, called a juicing cone. A user cuts a fruit in half, and pushes and rotates the exposed cut side down over the juicing cone. The juice is thereby released into the bowl.

Manual juice extractors have been largely replaced by electric juicers. Various electric juicers exist, including centrifugal juicers which include blades and spins to separate the juice from pulp, masticating which grinds and then squeezes the juice from the pulp, and simple citrus juicers which resemble a manual juicer but include an electric motor to rotate the juicing cone.

While the known juicers are often satisfactory, users still desire a simple automatic juicer which is not as rough on the fruit as the centrifugal or masticating juicers, but does not require the users to manually push the fruit on the electrically turned juicing cone. U.S. patent application Ser. No. 12/206,964 filed Sep. 9, 2008 by the present applicant discloses an automated juicer providing many of the benefits desired, however, further development resulted in an alternative embodiment which simplifies manufacturing.

### BRIEF SUMMARY OF THE INVENTION

The present invention addresses the above and other needs by providing an automatic juicer which turns and pushes an upward facing juicing cone into a fruit for releasing and collecting juice. The juicer includes a base containing a motor, gear and shaft assembly which rises as a unit lifting and turning the juicing cone. A fixed guide extends upward from the base and inner and outer shafts reside inside the fixed guide and are driven by the motor and gear assembly to rotate and advance the juicing cone into the fruit. The outer shaft includes external threads which engage internal threads of a fixed collet at the base of the fixed guide to translate rotation into vertical translation. The outer shaft includes threads to vertically advance and retreat the outer and inner shafts when the outer shaft turns. The inner shaft rises with the outer shaft and lifts and rotates the juicing cone thereby releasing juice from the fruit. A strainer and a bowl below the juicing cone filter and catch the juice. The strainer advances vertically with juicing cone but does not rotate so that knife edges on the bottom of the juicing cone scrape pulp from the strainer to prevent clogging. The bowl is fixed to the base.

In accordance with one aspect of the invention, there is provided an automatic juicer. The juicer includes a base, a lid attached to the base and openable to allow fruit to be placed in the juicer; a center column assembly attached to the base and including a collet fixed to the base and having internal threads, and a motor, gear and shaft mechanism inside the juicer and advancing and retreating vertically as a unit. The motor, gear and shaft mechanism includes a motor in the base, a gear set in the base and engaging the motor, and a shaft assembly extending above the base. The shaft assembly includes an outer shaft threadably engaging the collet for vertically advancing and retreating when turned by the motor through the gear set, and an inner shaft rotating inside the outer shaft and advancing and retreating vertically with the outer shaft. An upward facing juicing cone is attached to the inner shaft and rotates and advances vertically with the inner shaft into a fruit. A bowl resides under the juicing cone and is attached to the base. The juicing cone thereby rotates and pushes into a fruit for releasing juice from the fruit to be caught in the bowl.

In accordance with another aspect of the invention, there is provided an automatic juicer. The juicer includes a base containing a motor and a gear set engaging the motor. A lid is attached to the base and is openable to allow fruit to be placed in the juicer. A center column assembly is attached to the base and includes a collet fixed to the base. An outer shaft threadably engages the collet and vertically advances and retreats when turned by the motor through the gear set. An inner shaft rotates with the outer shaft and advances and retreats vertically with the outer shaft when turned by the motor. A bowl is attached to the base and an upward facing juicing cone is attached to the inner shaft and rotates and advances vertically with the inner shaft, rotating and pushing into a fruit for releasing juice from the fruit to be caught in the bowl. A non-rotating strainer advances and retreats vertically with the juicing cone and knife edges on a bottom surface of the juicing cone clear pulp blocking the strainer.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

The above and other aspects, features and advantages of the present invention will be more apparent from the following more particular description thereof, presented in conjunction with the following drawings wherein:

FIG. **1** is a juicer according to the present invention.

FIG. **2** is a cross-sectional view of the juicer according to the present invention with a juicing cone in an up position and the lid closed.

FIG. **3** is a cross-sectional view of the juicer according to the present invention with the juicing cone in a down position and the lid closed.

FIG. **4** is a cross-sectional view of the juicer according to the present invention with the juicing cone in a down position and the lid open.

FIG. **5A** is a cross-sectional view of the lid of the juicer.

FIG. **5B** is a cross-sectional view of a fruit holder, according to the present invention, of the juicer.

FIG. **5C** is a cross-sectional view of the juicing cone, according to the present invention, of the juicer.

FIG. **5D** is a cross-sectional view of a strainer, according to the present invention, of the juicer.

FIG. **5E** is a cross-sectional view of a bowl, according to the present invention, of the juicer.

FIG. **6** is an exploded view of a center column assembly, according to the present invention, of the juicer.

FIG. **7** shows a vertical stop according to the present invention.

FIG. **8** shows a strainer key and key way.

FIG. **9A** is a side view of an outer tube (or column), according to the present invention, of the center column of the juicer.

FIG. **9B** is a bottom view of an outer tube, according to the present invention, of the center column of the juicer.

FIG. **9C** is a side view of an outer tube, according to the present invention, of the center column assembly of the juicer.

FIG. **9D** is a cross-sectional view of the outer tube taken along line **9D-9D** of FIG. **9A**.

3

4

FIG. 9E is a cross-sectional view of the outer tube taken along line 9E-9E of FIG. 9C.

FIG. 10A is a side view of a drive shaft, according to the present invention, of the center column of the juicer.

FIG. 10B is a bottom view of the drive shaft of the center column assembly of the juicer.

FIG. 10C is a top view of the drive shaft of the center column assembly of the juicer.

FIG. 11A is a side view of a nut, according to the present invention, of the center column assembly of the juicer.

FIG. 11B is a top view of the nut of the center column assembly of the juicer.

FIG. 12A is a side view of a driven shaft, according to the present invention, of the center column assembly of the juicer.

FIG. 12B is a bottom view of the driven shaft of the center column assembly of the juicer.

FIG. 12C is a top view of the driven shaft of the center column assembly of the juicer.

FIG. 13A is a side view of a lift tube, according to the present invention, of the center column assembly of the juicer.

FIG. 13B is a bottom view of the lift tube of the center column assembly of the juicer.

FIG. 13C is a top view of the lift tube of the center column assembly of the juicer.

FIG. 14 is a cross-sectional view of the lift tube taken along line 14-14 of FIG. 13A.

FIG. 15 is a second embodiment of a center column assembly according to the present invention of the juicer.

FIG. 16 shows a second fruit holder with an adjustable seat.

FIG. 17A shows a clutch and gearing assembly according to the present invention in a high speed position.

FIG. 17B shows the clutch and gearing assembly according to the present invention in a high torque position.

FIG. 18A is a side view of a first embodiment of a motor, gear, and shaft mechanism in a down position of the juicer according to the present invention.

FIG. 18B is a side view of the second embodiment of a motor, gear, and shaft mechanism in an up position of the juicer according to the present invention.

FIG. 19A is a detailed side view of the second embodiment of a motor, gear, and shaft mechanism of the juicer according to the present invention.

FIG. 19B is a detailed top view of the second embodiment of a motor, gear, and shaft mechanism of the juicer according to the present invention.

FIG. 20 is a more detailed view of a gear set of the second embodiment of the juicer according to the present invention.

FIG. 21 is a side view of an outer shaft and an inner shaft of the second embodiment of the juicer according to the present invention.

FIG. 22A shows the second embodiment of a motor, gear, and shaft mechanism in the juicer in the down position.

FIG. 22B shows the second embodiment of a motor, gear, and shaft mechanism in the juicer in the up position.

FIG. 23 shows an alternative gear set for the second embodiment of the juicer according to the present invention.

FIG. 24 shows a side view of an outer shaft and an inner shaft the second embodiment of the gear set according to the present invention.

FIG. 25 shows a side view of the outer shaft and the inner shaft of the second embodiment of the gear set in the juicer according to the present invention.

FIG. 26 shows a collet of the second embodiment in the juicer according to the present invention.

FIG. 27 shows a spring loaded collet a third embodiment in the juicer according to the present invention.

FIG. 28 shows a spring loaded fruit holder in the juicer according to the present invention.

Corresponding reference characters indicate corresponding components throughout the several views of the drawings.

DETAILED DESCRIPTION OF THE INVENTION

The following description is of the best mode presently contemplated for carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of describing one or more preferred embodiments of the invention. The scope of the invention should be determined with reference to the claims.

A juicer 10 according to the present invention is shown in FIG. 1, a cross-sectional view of the juicer 10 with a juicing cone in an up position and a lid 12 closed is shown in FIG. 2, a cross-sectional view of the juicer 10 with a juicing cone in a down position and the lid 12 closed is shown in FIG. 3, and a cross-sectional view of the juicer 10 with a juicing cone in a down position and the lid 12 open is shown in FIG. 4. A hinge 16 connects the lid 12 to the base 14, and a latch 18 holds the lids closed during operation of the juicer 10. The fruit holder 24 includes anti-slip elements on the inside front surface to prevent the fruit from rotating inside the fruit holder 24 during operation of the juicer. The anti-slip elements may be spikes, ridges or the like, for example ridges 24'.

The juicer 10 includes a base 14 housing a motor 20 and a gearing assembly 22 (see FIGS. 17A and 17B for details). The motor 20 may be manually controlled by a user to operate in a first direction to raise the juicing cone against fruit for about 5 seconds and then manually controlled to lower the juicing cone, or may be automated to raise the juicing cone against fruit for about 5 seconds and then automatically reverse. The motor 20 and the gearing assembly 22 may alternatively be controlled by measuring the vertical force of the juicing cone against the fruit, and the motor direction reversed when the force reaches a predetermined level.

The juicer 10 includes a fruit holder 24, the juicing cone 26, a strainer 28, and a bowl 29. The fruit holder 24 is fixed inside the lid 12 and opens with the lid 12. The juicing cone 26 includes ridges 25 (see FIG. 5C) and rises into the fruit and rotates. The ridges 25 cut into the pulp of the fruit to release fruit juice and the rising juicing cone 26 compresses the fruit to further release the juice. The strainer 28 resides under the juicing 26 cone and rises with the juicing cone 26 but does not rotate. The bowl 29 is fixed to the base 14 and does not rise or rotate, and catches the juice released from the fruit.

A cross-sectional view of the lid 12 of the juicer 10 is shown in FIG. 5A, a cross-sectional view of the fruit holder 24, according to the present invention, of the juicer 10 is shown in FIG. 5B, a cross-sectional view of the juicing cone 26, according to the present invention, of the juicer 10 is shown in FIG. 5C, a cross-sectional view of a strainer 28, according to the present invention, of the juicer 10 is shown in FIG. 5D, and a cross-sectional view of a bowl 29, according to the present invention, of the juicer 10 is shown in FIG. 5E. The upward facing face of the juicing cone 26 includes ridges 25 for cutting into the pulp of the fruit and a lower end of the juicing cone 26 includes blades (or scrapers) 27 which scrape against a top surface of the strainer 28 to prevent pulp from blocking the strainer 28 during use. The fruit holder 24 includes a seat 21 for limiting upward movement of the juicing cone 26, and the juicing cone 26 includes a stop 23 for cooperation with the seat 21.

An exploded view of a center column assembly 30 according to the present invention of the juicer 10 is shown in FIG. 6. The center column assembly 30 includes a rotating and

US 8,511,225 B2

5

6

vertically translating lift tube **32**, a stationary (non-rotating and non-translating) outer tube **34** attached to the base **14** (see FIG. **1**), a spring **36**, a driven shaft **38**, a nut **40**, and a drive shaft **42**. The lift tube **32** lifts and rotates the juicing cone **26**. The spring **36** resides inside the outer tube **34** and provides downward force on the driven shaft **38** and/or the nut **40** to bias the center column assembly **30** towards a down position (see FIGS. **2**-**4**). The driven shaft **38** resides inside the drive shaft **42** and is keyed to rotate with the drive shaft **42** but free to vertically translate. The nut **40** is threaded into the exterior of the drive shaft **42** and includes at least one outside notch **44** (see FIG. **11**B) to engage a vertical rail **39** (see FIG. **9**D) in the outer tube **34** to prevent the nut **40** from rotating with the drive shaft **42**. A smooth portion **42'** at the top of the drive shaft **42** allowing the drive shaft **42** to rotate freely from the nut **40** at maximum extension.

A vertical stop according to the present invention is shown in FIG. **8**. The juicing cone **26** includes a stop **23** at the peak of the cone, and the fruit holder **24** includes a seat **21** above the stop **23**. The seat **21** limits the vertical movement of the juicing cone **26** to establish a minimum gap G between the ridges **25** and the interior of the fruit holder **24** to prevent or reduce the ridges **25** cutting into the fruit rind.

A strainer key **37** and key way **31** are shown in FIG. **8**. The key **37** resides on an edge of the strainer and engages the key way **31** in the lid **12** and/or bowl **29** to prevent rotation of the strainer **28** so that the blades **27** on the bottom of the juicing cone **26** can scrape pulp from the inside of the strainer **28**, which pulp might otherwise block the strainer **28**.

A side view of the outer tube (or column) **34** of the center column assembly **30** of the juicer **10** is shown in FIG. **9**A, a bottom view of the outer tube **34** is shown in FIG. **9**B, a side view of the outer tube **34** is shown in FIG. **9**C, a cross-sectional view of the outer tube **42** taken along line **9**D-**9**D of FIG. **9**A is shown in FIG. **9**D, and a cross-sectional view of the outer tube **34** taken along line **9**E-**9**E of FIG. **9**C is shown in FIG. **9**E. The outer tube **34** has a cylindrical exterior and cylindrical interior with an outer tube flange **35** at the base for attaching to the juicer base **14**. The outer tube **34** is fixed and neither rotates nor translates. An interior vertical rail **39** runs the length of the interior and cooperates with one of the notches **44** (see FIG. **11**B) of the nut **40** to prevent rotation of the nut. The outer tube **34** includes a ceiling **37** for cooperation with the spring **36**. While a preferred outer tube **34** has a cylindrical interior and exterior, a juicer according to the present invention with an outer column which is not cylindrical is intended to come within the scope of the present invention.

A side view of a drive shaft **42**, according to the present invention, of the center column assembly **30** of the juicer **10** is shown in FIG. **10**A, a bottom view of the drive shaft **42** is shown in FIG. **10**B, and a top view of the drive shaft **42** is shown in FIG. **10**C. The drive shaft **42** is connected to the motor **20** through the gearing assembly **22** (see FIG. **2**) and is rotated by the gearing assembly **22** but does not translate. The drive shaft **42** includes threads **45** on a cylindrical exterior for cooperation with a threaded interior **47** (see FIG. **11**B) of the nut **40**. Because the outer tube **34** prevents rotation of the nut **40**, rotation of the drive shaft **42** causes the nut **40** to translate vertically. The drive shaft **42** further includes a lengthwise inner passage **41** and key ways **43** running vertically lengthwise into the inner passage **41**. The inner passage **41** is preferably cylindrical to reduce manufacturing costs, but may have other cross-sections.

A side view of the nut **40**, according to the present invention, of the center column assembly **30** of the juicer **10** is shown in FIG. **11**A, and a top view of the nut **40** is shown in

FIG. **11**B. The nut **40** includes a threaded interior **47** for cooperation with threads **45** on the drive shaft **42** (see FIG. **10**A) and external notches **44** and external lands **46** on the exterior of the nut. The lands **46** center the nut **40** in the inner passage **41** of the drive shaft **42** and the notches **44** prevent the nut **40** from rotating inside the outer column **34**. Only one notch **44** is required and in another embodiment, the nut may include a projecting key for cooperation with a key way inside the outer column **34**.

A side view of the driven shaft **38**, according to the present invention, of the center column assembly **30** of the juicer **10** is shown in FIG. **12**A, a bottom view of the driven shaft **38** is shown in FIG. **12**B, and a top view of the driven shaft **38** is shown in FIG. **12**C. The driven shaft includes two keys **48** for cooperation with the key ways **43** in the drive shaft **42**, causing the driven shaft **38** to rotate with the drive shaft **42** but allowing the driven shaft **38** to translate vertically with respect to the drive shaft **42**. The driven shaft **38** further includes a cylindrical body **50** and a hexagonal nose **54** at an upper end for engaging the lift tube **32**.

A side view of a lift tube **32**, according to the present invention, of the center column assembly **30** of the juicer **10** is shown in FIG. **13**A, a bottom view of the lift tube **32** is shown in FIG. **13**B, a top view of the lift tube **32** is shown in FIG. **13**C, and a cross-sectional view of the lift tube **32** taken along line **14**-**14** of FIG. **13**A is shown in FIG. **14**. The lift tube **32** has a hexagonal exterior **6**, a round base flange **58**, and a hexagonal recess **56** in the base for cooperation with the nose **54** of the driven shaft **38** (see FIG. **12**A). The lift tube is lifted and rotated by the driven shaft **38** and lifts and rotates the juicing cone **26** (see FIG. **5**C).

A second embodiment of a center column assembly **70**, according to the present invention, of the juicer **10**, is shown in FIG. **15**. The center column assembly **70** includes an inner tube **74**, a second outer tube **34'**, and a hexagonal driven shaft **72**. The second outer tube **34'** is similar to the outer tube **34**, but does not include the ceiling **37**, allowing the inner tube **74** to be inserted into the top of the outer tube **34'** and have an outer diameter sliding into the interior of the outer tube **34'**. The exterior of the inner tube **74** includes a notch **76** running the length of the inner tube **74** to engage the vertical rail **39** of the outer tube **34'** to allow the inner tube **74** to translate vertically within the outer tube **34'**, but to cause the inner tube **74** to rotate with the outer tube **34'**. The hexagonal driven shaft **72** engages the juicing cone **26** to lift and rotate the juicing cone **26** (see FIG. **5**C). The center column assembly **70** is otherwise similar to the center column assembly **30**.

A second fruit holder **24'** with an adjustable seat **80** is shown in FIG. **16**. The adjustable seat **80** preferably includes threads which cooperate with the fruit holder **24'** to allow adjustment of the gap G between the juicing cone **26** and the fruit holder **24'**.

The gearing assembly **22** (see FIG. **2**) according to the present invention is shown in a high speed position in FIG. **17**A and in a high torque position in FIG. **17**B. The gearing assembly **22** includes a motor **82**, switch **84**, first gears **94** and **96**, second gears **90** and **92**, third gears **86** and **88**, and a spring **98**. The gears **94** and **96** are always engaged. In the relaxed (or UP) position, the spring **98** pushed the gears **90** and **86** upwards, and the gear **90** engages the gear **92** to provide high speed. In the compressed (or DOWN) position, the spring **98** is compressed allowing the gears **90** and **86** to move downward, and the gear **86** engages the gear **88** to provide high torque. The spring **98** further provides a relief from exerting too great a downward force on the gearing assembly **22** or too much upward force on the juicing cone **26**. The springs **98** and **36** (see FIG. **6**) combine to limit the force exerted on the fruit

US 8,511,225 B2

7

to preferably between one pound and 50 pounds, and more preferably limit the force exerted on the fruit to between ten pounds and 25 and most preferably limit the force exerted on the fruit to approximately 18 pounds.

A side view of a second embodiment of a motor, gear, and shaft mechanism **102** in a down position is shown in FIG. **18**A and a side view of the second embodiment of a motor, gear, and shaft mechanism in the "UP" position is shown in FIG. **18**B. The mechanism **102** includes the motor **82** mounted below a mounting plate **106**, a gear set **104** mounted above the mounting plate **106**, an outer shaft **116** connected to the gears **104** resides above the mounting plate **106**, and an inner shaft **114** is also connected to the gears **104** resides above the mounting plate **106**. The mounting plate **106** slides vertically with the outer shaft **116** on vertical posts **108** which are connected between a base flange **112** and an upper base plate **100**.

The outer shaft **116** has male threads **118** on a lower portion, and the threads **118** engage female threads (not shown) inside a fixed collet **110** attached to the plate **100**. The motor **82** turns the inside and outside shafts **114** and **116** thought the gear set **104**, generally at different speeds, and the rotation of the outside shaft **116** causes the mechanism **102** to raise and lower. The male threads **118** on the outside shaft **116** do not extend to the base of the outside shaft **116**, and as a result, the threads **118** may disengage from the collet **110** allowing the outer shaft **116** to continue to turn after reaching a highest position in the juicer.

A detailed side view of the motor, gear, and shaft mechanism **102** is shown in FIG. **19**A and a detailed top view of the motor, gear, and shaft mechanism **102** is shown in FIG. **19**B. The inside shaft **114** is free to rotate inside the outside shaft **116** independently of the outside shaft **116** and preferably turns at a higher speed than the outer shaft **116**.

A more detailed view of the gear set **104** is shown in FIG. **20**. A small first gear **104**a is connected to the motor **82**. A large gear **104**b engages the gear **104**a and rotates at a lower speed than the motor **82**. A second small gear **104**c is connected to the gear **104**b and rotates at the same speed as the gear **104**b. A second large gear **104**d engages the gear **104**c and rotates at a lower speed than the gear **104** and at a much lower rate than the motor **82**. Both the small gear **104**g and the medium size gear **104**e, are attached to the gear **104**d and turn at the same speed as the gear **104**d. The large gear **104**f engages the medium gear **104** and rotates somewhat slower than the gear **104**e. The large gears **10**h engages the small gear **104**g and rotates slower than the gear **104**g.

The outer shaft **116** is connected to the gear **104**h and rotates at the same speed as the gear **104**h and the inner shaft **114** is connected to the gear **104**f and rotates at the same speed as the gear **104**f. As a result both the outer shaft **116** and the inner shaft **114** turn much slower than the motor **81**, and the inner shaft **114** preferably turns faster than the outer shaft **116**. In a simpler embodiment with fewer gears, the inner shaft **114** turns at the same speed as the outer shaft **116**.

A side view of the outer shaft **116** and the inner shaft **114** with a spring **118** providing vertical support to the inner shaft **114**, thus limiting the force exerted by the juicing cone **26** (see FIGS. **22**A and **22**B) on the fruit, is shown in FIG. **21**. The spring **117** preferably limits the force exerted on the fruit to preferably between one pound and 20 pounds, and more preferably limits the force exerted on the fruit to between ten pounds and 20 and most preferably limits the force exerted on the fruit to approximately 18 pounds. An inner shaft flange **114**a maybe provided to contact a switch **115** to reverse the direction of the motor **82** when a desired vertical force has

8

been achieved compressing the spring **117**. The switch **115** is electrically connected to electronics **122** in the base of the juicer (see FIG. **22**A).

The mechanism **102** is shown in the juicer **10** in FIG. **22**A in the down position and in FIG. **22**B in the up position. Other than the mechanism **102**, the second embodiment of the juicer **10** is similar to the embodiment described in FIGS. **1**-**17**B. The juicer **10** in FIG. **22** shows the mechanism **102** in the up position with the juicing cone **26** lifted to push the juicing cone **26** into the fruit. The strainer **28** is preferably carried vertically by the outer shaft **114** and raises and lowers with the juicing cone **26** and may rotate with the juicing cone **26**, but preferably is keyed to the juicer housing and does not rotate, thereby being cleared by the bottom surface of the rotating juicing cone.

A switch **120** is electrically connected to electronics **122** in the base of the juicer. The switch **120** starts the operation of the juicer and the direction of the motor **82** is initially to advance the juicing cone **26** into the fruit. The motor **82** direction may be reversed after a period of time to vertically retreat the juicing cone from the fruit using a timer in the electronic **122**, or after a preset resistance to advancing the juicing cone into the fruit is experienced by compression of the spring **118** actuating the switch **115** (see FIG. **21**).

An alternative gear set **104**a for a second embodiment of the juicer according to the present invention is shown in FIG. **23**, a side view of the outer shaft **116** and the inner shaft **116** the second embodiment of the gear set **104**a according to the present invention is shown in FIG. **24**, and a side view of the outer shaft **116** and the inner shaft **114** of the second embodiment of the gear set in the juicer is shown in FIG. **25**. The gears **104**e and **104**f (see FIG. **20**) which rotate the inner shaft **114** independently of the outer shaft **116** are deleted and the inner shaft **114** includes a pin **130** engaging a slot **132** in the base of the outer shaft **116** to rotate the inner shaft **116** at the same rate as the outer shaft **116**. A spring **118** resides over a post **114**a at the base of the inner shaft **114** and vertically supports the inner shaft **114** to limit the force exerted by the inner shaft on the juicing cone **26** to not overly injure the fruit during use.

A cross-sectional view of the collet **134** of the second embodiment of the juicer according to the present invention is shown in FIG. **26**. The collet **134** has internal threads **135** for engaging external threads **117** on the outer shaft **116** for advancing and retreating the shafts **116** and **114**.

A spring loaded collet **134**a a third embodiment in the juicer according to the present invention is shown in FIG. **27**. The inner shaft **114** is fixed to the outer shaft **116** to rotate and advance and retreat vertically with the outer shaft **116** and may be a single piece with the outer shaft **116**. The collet **134**a is supported by a spring **136** so that if resistance is met at the peak vertical advance of the shaft **116**, the collet can retreat downward to not overly injure the fruit during use.

A spring loaded fruit holder **24** in the juicer according to the present invention is shown in FIG. **28**. The spring **138** allows the fruit holder **24** to rise if resistance is met at the peak vertical advance of the shaft **116** to not overly injure the fruit during use without springs **118** and **136** of FIGS. **24** and **27**.

The embodiments of FIGS. **18**A through **28** may exercise a vertical overrun wherein outside threads on the outer shaft **116** advance the outer shaft upwards and disengage from inner threads of the collet **134**, providing a dwell time at the peak vertical travel of the shafts until the motor **82** reverses and returned the shafts to a lower position. While the shafts are at the peak vertical travel, a "clicking" may be heard once per revolution of the shafts as the teeth pass each other and the vertical shaft **116** falls slightly inside the collet **134**. While

9

such "clicking" presents no functional issues, it may annoy a user. An O-ring **115** on the shaft **116** in FIG. **24** may provided to damping the vertical failing of the outer shaft **116** to prevent or reduce the "clicking". The O-Ring **116** preferably reside in a groove in the exterior of the shaft **116**. Alternatively, the motor **82** may be reversed before the teeth disengage to prevent the "clicking".

The direction of the motor is initially to advance the juicing cone into the fruit, and either after a period of time, or when a preset level of resistance is met by the vertically advancing juicing cone, the direction of the motor reverses to vertically retreat the juicing cone from the fruit.

While the invention herein disclosed has been described by means of specific embodiments and applications thereof, numerous modifications and variations could be made thereto by those skilled in the art without departing from the scope of the invention set forth in the claims.

I claim:

**1**. An automatic juicer comprising:

a lid openable to allow fruit to be placed in the juicer;

a base containing a motor and a gearset;

a mounting plate residing in the base and configured to move vertically within the base;

a collet fixed to the base;

a shaft assembly connected to the motor through the gearset, all parts of the shaft assembly rotating at the same angular rate and the shaft assembly threadably engaging the collet to vertically advance and retreat the entire shaft assembly when turned by the motor, the mounting plate, the motor, and the gearset coupled to the shaft assembly to move vertically with the shaft assembly the shaft assembly including an outer shaft and an inner shaft; the inner shaft being rotationally fixed to rotate with the outer shaft and advances vertically with the outer shaft; and

a bowl attached to the base; and

a juicing cone above the bowl and fixedly attached to the shaft assembly and rotating and advancing vertically with the shaft assembly, the juicing cone for rotating and pushing into a fruit for releasing juice from the fruit to be caught in the bowl, the vertical advance of the juicing cone limited to reduce damage to fruit in the juicer.

**2**. The juicer of claim **1**, further including a strainer between the bowl and the juicing cone, wherein the strainer rotates with the juicing cone.

**3**. The juicer of claim **1**, further including a strainer between the bowl and the juicing cone, wherein:

the strainer advances vertically with the juicing cone;

the strainer does not rotate; and

the juicing cone includes knife edges on a bottom surface for clearing pulp blocking the strainer.

**4**. The juicer of claim **1**, wherein the direction of the motor is initially to advance the juicing cone into the fruit, and after a period of time the direction of the motor reverses to vertically retreat the juicing cone from the fruit.

**5**. The juicer of claim **1**, wherein the direction of the motor is initially to advance the juicing cone into the fruit, and after a preset resistance to advancing the juicing cone into the fruit is experienced, the direction of the motor reverses to vertically retreat the juicing cone from the fruit.

**6**. The juicer of claim **1**, wherein:

the juicing cone is supported by the inner shaft; and

the inner shaft is vertically supported by a spring to limit the force of the juicing cone against the fruit.

**7**. The juicer of claim **1**, wherein the collet is vertically supported by a spring to limit the force of the juicing cone against the fruit.

10

**8**. The juicer of claim **1**, wherein a fruit holder resides above the juicing cone for holding the fruit and a spring above the fruit holder allows the fruit holder to rise to limit the force of the juicing cone against the fruit.

**9**. The juicer of claim **1**, wherein outside threads on the shaft assembly advance the shaft assembly upwards and disengage from inner threads of the collet, providing a dwell time at the peak vertical travel of the shaft assembly until the motor reverses and returns the shaft assembly to a lower position.

**10**. The juicer of claim **1**, wherein:

the collet translates vertically and is biased upward by a spring residing under the collet, the spring supported by a fixed base plate; and

when the juicing cone encounters resistance to further upward translation, the collet is pushed downward compressing the spring.

**11**. The juicer of claim **1**, wherein:

the shaft assembly comprises a threaded outer shaft cooperating with the collet and an inner shaft rotationally fixed to the outer shaft;

a pin passes through the inner shaft proximal to a base of the inner shaft;

the pin passes through vertical slots on a base of the outer shaft, restraining the inner shaft to rotate with the outer shaft while allowing the inner shaft to translate vertically within the outer shaft; and

a spring resides under the inner shaft vertically supporting the inner shaft; and

when the juicing cone encounters resistance to further upward translation, the inner shaft is pushed downward compressing the spring.

**12**. An automatic juicer comprising:

a lid openable to allow fruit to be placed in the juicer;

a base containing a motor and a gearset;

a mounting plate residing in the base and configured to move vertically within the base;

a collet rotationally fixed to the base, the collet translating vertically and biased upward by a spring residing between the collet and a fixed base plate under the collet;

a shaft assembly connected to the motor through the gearset and threadably engaging the collet to vertically advance and retreat the entire shaft assembly when turned by the motor, the mounting plate, the motor, and the gearset coupled to the shaft assembly to move vertically with the shaft assembly the shaft assembly including an outer shaft and an inner shaft; the inner shaft being rotationally fixed to rotate with the outer shaft and advances vertically with the outer shaft; and

a bowl attached to the base; and

a juicing cone above the bowl and fixedly attached to the shaft assembly and rotating and advancing vertically with the shaft assembly, for rotating and pushing into a fruit for releasing juice from the fruit to be caught in the bowl, and when the juicing cone encounters resistance to further upward translation, the collet is pushed downward compressing the spring, the vertical advance of the juicing cone limited to reduce damage to fruit in the juicer.

**13**. An automatic juicer comprising:

a lid openable to allow fruit to be placed in the juicer;

a base containing a motor and a gearset;

a mounting plate residing in the base and configured to move vertically within the base;

a collet fixed to the base;

a shaft assembly connected to the motor through the gearset and threadably engaging the collet to vertically

US 8,511,225 B2

11

advance and retreat the entire shaft assembly when turned by the motor, the shaft assembly comprising:

an outer shaft threadably engaging the collet to vertically advance and retreat when turned by the motor;

an inner shaft rotationally fixed to the outer shaft and advancing and retreating vertically with the outer shaft;

a pin passing through the inner shaft proximal to a base of the inner shaft, the pin passing through slots on a base of the outer shaft, restraining the inner shaft to rotate with the outer shaft while allowing the inner shaft to translate vertically within the outer shaft;

a spring residing under the inner shaft vertically supporting the inner shaft; and

the mounting plate, the motor, and the gearset coupled to the shaft assembly to move vertically with the shaft assembly;

a bowl attached to the base; and

a juicing cone above the bowl and attached to the inner shaft and rotating and advancing vertically with the

12

inner shaft for rotating and pushing the juicing cone into a fruit for releasing juice from the fruit to be caught in the bowl, and

when the juicing cone encounters resistance to further vertical advancing, the inner shaft is biased against further vertical advancing compressing the spring.

**14**. The juicer of claim **6**, further including:

a vertical slot in a base of the outer shaft;

a pin passing through the inner shaft proximal to a base of the inner shaft, the pin passing through the vertical slot in the base of the outer shaft, restraining the inner shaft to rotate with the outer shaft while allowing the inner shaft to translate vertically within the outer shaft; and

a spring residing under the inner shaft vertically supporting the inner shaft.

**15**. The juicer of claim **14**, wherein:

the shaft assembly is rotated by a gear attached proximal to the base of the outer shaft; and

the vertical slot extends from below the gear to the base of the outer shaft.

\* \* \* \* \*

# EXHIBIT B

Exhibit B

**Patent No. 8,511,225**

This claim chart is provided based on publicly available materials and/or Plaintiffs' investigation to date, prior to any fact or expert discovery, or claim construction. Plaintiffs reserve the right to supplement and/or amend the allegations herein for any reason and reserve the right to assert additional independent and dependent claims.

| Exemplary claim 1 | Infringing feature of Courant juicer |
|---|---|
| An automatic juicer comprising: | The Courant juicer is an automatic juicer.<br><br>"Auto Press: Automatically Juices The Fruits On Its Own!"<br>*See e.g.,* Courant Juicer Box. |
| a lid openable to allow fruit to be placed in the juicer; | The Courant juicer has a lid openable to allow fruit to be placed in the juicer.<br><br><br><br>*See e.g.,* Courant Juicer Product Spec Sheet. |
| a base containing a motor and a gearset; | The base of the Courant Juicer contains a motor and gearset. |

*See e.g.,* Courant Juicer Product.

| a mounting plate residing in the base and configured to move vertically within the base; | The Courant has a mounting plate (red arrow) that resides in the base and is configured to move vertically within the base. |
|---|---|
| |  *See e.g.,* Courant Juicer Product |
| a collet fixed to the base; | The Courant juicer has a collet fixed to the base. |



*See e.g.,* Courant Juicer Product.

| | |
|---|---|
| a shaft assembly connected to the motor through the gearset, all parts of the shaft assembly rotating at the same angular rate and the shaft assembly threadably engaging the collet to vertically advance and retreat the entire shaft assembly when turned by the motor, the mounting plate, the motor, and the gearset coupled to the shaft assembly to move vertically with the shaft assembly the shaft assembly including an outer shaft and an inner shaft; the inner shaft being rotationally fixed to rotate with the outer shaft and advances vertically with the outer shaft; | The Courant juicer has a shaft assembly that is connected to the motor through the gearset.  *See e.g.,* Courant Juicer Product. All parts of the assembly rotate at the same angular rate. The shaft assembly (blue) threadably engages the collet (red) to vertically advance and retreat the entire shaft assembly when turned by the motor. |

The mounting plate, the motor, and the gearset are coupled to the shaft assembly to move vertically with the shaft assembly.



*See e.g.,* Courant Juicer Product.

The shaft assembly includes an outer shaft (blue) and an inner shaft (red), and the inner shaft is rotationally fixed to rotate with the outer shaft and advances vertically with the outer shaft.



*See e.g.,* Courant Juicer Product.

| | |
|---|---|
| a bowl attached to the base; and | The Courant juicer has a bowl attached to the base.<br><br><br><br>*See e.g.,* Courant Juicer Product. |
| a juicing cone above the bowl and fixedly attached to the shaft assembly and rotating and advancing vertically with the shaft assembly, the juicing cone for rotating and pushing into a fruit for releasing juice from the fruit to be caught in the bowl, the vertical advance of the juicing cone limited to reduce damage to fruit in the juicer. | The Courant juicer has a juicing cone above the bowl that is fixedly attached to the shaft assembly.<br><br>The juicing cone rotates and advances vertically with the shaft assembly.  The juicing cone rotates and pushes into the fruit to release juice, which is caught in the bowl.<br><br>The vertical advance of the juicing cone is limited, including by the lid of the juicer, to reduce damage to the fruit.<br><br>*See e.g.,* Courant Juicer Product; *see also*, video available at: https://courantusa.com/blenders/courant-courant-auto-citrus-juicer-white.html |